UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

MICHAEL PATTERSON,
                          **Defendant.**

-----------------------------------------------------------------X

25-MJ-02795-UA-1

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2025

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, September 4, 2025, the Defendant appeared in Court and was ordered detained pending an effort by Pre-Trial Services to locate a suitable in-patient treatment facility. That effort having been successful,

It is ORDERED that the United States Marshals Service produce the defendant, Michael Patterson, to the Southern District of New York on September 9, 2025; and

It is FURTHER ORDERED that the Defendant shall be released on the following bond conditions:

- Defendant shall report to Pre-Trial Services as directed;

- Defendant shall report to a designated in-patient treatment provider, as directed by Pre-Trial Services; Defendant shall remain at the provider until he is deemed medically fit for discharge;

- Defendant must sign a bond set at $100,000.00, which must be co-signed by two financially responsible people by September 22, 2025;

- Defendant must surrender his travel documents and make no new travel applications;

- Defendant shall comply with drug testing and treatment as directed by Pre-Trial Services;

- Upon his discharge from in-patient treatment, Defendant shall reside at an approved residence, under home detention, enforced by location monitoring technology as directed by Pre-Trial Services;

- Defendant shall continue or seek employment;

- Defendant shall have no contact with co-conspirators, victims, clients, or witness unless in the presence of counsel; and

- Defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Defendant is warned that if he fails to comply with these conditions of release, a warrant will be issued for his arrest, he and anyone who co-signs his bond will be required to pay its full amount ($100,000.00), and he may be charged with the separate crime of bail jumping.

Defense counsel shall notify the undersigned within 14 days of Defendant's discharge from the in-patient treatment provider to schedule a status conference.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED:   September 8, 2025
         New York, New York

2