UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 25 Mag. 2795 |
| MICHAEL PATTERSON, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of Jane Chong, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was arrested on September 4, 2025 and was charged with violations of 21 U.S.C. § 846, in a complaint dated September 4, 2025;

It is further found that the defendant was presented before Magistrate Sarah Netburn in this District on September 4, 2025, and was ordered bailed;

It is further found that Harvey Fishbein, Esq., counsel for defendant, and Assistant United States Attorney Jane Chong have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until November 5, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney Jane Chong be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       October 3, 2025

_Jennifer E. Willis_
UNITED STATES MAGISTRATE JUDGE